UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 26-CV-24665-RS

KAYLEE THOMSON,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.

_________________________________/

**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant, CARNIVAL CORPORATION LTD., by and through undersigned counsel hereby files, pursuant to Federal Rule of Civil Procedure 7.1(a) and this Honorable Court's Order Requiring Joint Scheduling Report, its Certificate of Interested Parties and Corporate Disclosure Statement:

1. Kaylee Thomson, Plaintiff.

2. Carnival Corporation LTD., Defendant.

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 discloses that it is a publicly traded company whose common stock is listed on the New York Stock Exchange and there are no parent corporations or publicly held corporations that hold ten percent or more of its stock.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 29th, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generate by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

DONNISE DESOUZA WEBB, ESQ
CARNIVAL CORPORATION
3655 N.W. 87th Avenue
Miami, Florida 33178-2428
(305) 406-4838 Direct Phone
(305) 599-2600 Ext. 18073 Assistant's Phone
(305) 406-4732 Telefax

By: *s/ Donnise DeSouza Webb, Esq.*
Donnise DeSouza Webb, Esq
FLA. BAR NO: 879398

**SERVICE LIST**

| | |
|---|---|
| DONNISE DESOUZA WEBB, ESQ.<br>ddesouza@carnival.com<br>CARNIVAL CORPORATION<br>3655 N.W. 87th Avenue<br>Miami, FL 33178<br>Telephone: (305) 406-4838<br>Facsimile: (305) 406-4732<br>Attorney for Defendant, CARNIVAL | PHILIP M. GERSON, ESQ.<br>Florida Bar No. 127290<br>pgerson gslawusa.com<br>filing@gslawusa.com<br>NICHOLAS I. GERSON, ESQ.<br>Florida Bar No. 20899<br>ngerson@gslawusa.com<br>EDWARD S. SCHWARTZ, ESQ.<br>Florida Bar No. 346721<br>eschwartz gslawusa.com<br>ANDREA B. CHIRLS, ESQ.<br>Florida Bar No. 968765<br>achirls gslawusa.com<br>GERSON & SCHWARTZ, P.A.<br>Attorneys for Plaintiff<br>1980 Coral Way<br>Miami, Florida 33145-2624<br>Telephone: (305) 371-6000<br>Facsimile: (305) 371-5749<br>Attorney for Plaintiff, THOMSON |

[Service via CM/ECF Notice of Electronic Filing]